| | **INGA L. PARSONS, ESQ.** | |
|---|---|---|
| Admitted to MA NY WY | Attorney at Law | Tel: 781-581-2262 |
| Federal Court | 3 Bessom St. No. 234 | Fax: 781-842-1430 |
| U.S. Supreme Court | Marblehead, MA 01945 | Inga@IngaParsonsLaw.com |

BY ECF

August 11, 2021

Hon. Sidney H. Stein             **MEMO ENDORSED**
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *USA v. Wilson* (Agram Taj), (S3) 21 Cr. 249 (SHS)

Dear Judge Stein:

I am appointed counsel for Mr. Argam Taj who was also indicted on August 4, 2021 along with Mr. Jamel Thomas on conspiracy to traffic in firearms and other defendants.

Mr. Taj requests that he be permitted to join in Mr. Thomas' consent motion filed on this date to inspect grand jury records and to stay any deadline. The same facts that apply to Mr. Thomas equally apply to Mr. Taj.

Respectfully,

*/s/ Inga L. Parsons*

Inga L. Parsons

Cc: ECF filing all counsel of record

Requests granted.

Dated: New York, New York
       August 12, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.