UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-249 (SHS) |
| -v- | : | ORDER |
| ARGAM TAJ, | : | |
| Defendant. | : | |

----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court having received defendant's letter motion [Doc. No. 229],

IT IS HEREBY ORDERED that:

1. The request to appoint associate counsel, Christian Urbano, is granted, *nunc pro tunc*, for up to 50 hours at $110.00 per hour;

2. Defendant Argam Taj's sentencing is adjourned to November 4 at 10:00 a.m.; and

3. The defense sentencing submission is due on or before October 13; the government submission is due on or before October 20.

Dated: New York, New York
       September 14, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.