UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ARGAM TAJ,

Defendant.

21-cr-249 (SHS)

ORDER

SIDNEY H. STEIN, U.S.D.J.

The Court has received a letter from Defendant dated September 30, 2026. (Dkt. No. 371.) The letter requests that the Court issue an order "inform[ing] the BOP that [his] original federal sentence imposed is to run concurrently" with his "state case." (*Id.* at 1.) Because Defendant proceeds *pro se*, the Court construes this letter as a request to order that the 60-month sentence imposed on November 4, 2022, run concurrently with Defendant's later-imposed state court sentence. (*See* Dkt. No. 264.)

That request is denied. This Court has no authority over whether Defendant's state sentence runs concurrently or consecutively with the sentence this Court imposed on November 4, 2022. Although a district court has discretion at sentencing to order that a federal sentence run concurrently with an anticipated state sentence, (*see* U.S. SENT'G GUIDELINES MANUAL § 5G1.3 cmt. background (U.S. SENT'G COMM'N 2021)), it need not do so, (*see Setser v. United States*, 566 U.S. 231, 241 (2012); *United States v. Tisdol*, No. 21-cr-2667, 2023 WL 2441680 at *1 (2d Cir. 2023)). The Court entered its final judgment without regard to the state sentence, which had yet to be imposed at the time of the federal sentencing. (*See* Dkt. No. 286 at 5.)

The Court now lacks the authority to order a modification of the sentence because a court "may not modify a term of imprisonment once it has been imposed" except in very limited circumstances not present here. (*See* 18 U.S.C. § 3582(c).)

The Court directs the Clerk of Court to mail this Order to Defendant:

Argam Taj # 58506-509
MDC Brooklyn
P.O. Box 329002
Brooklyn, N.Y. 11232

Dated: New York, New York
October 9, 2026

SO ORDERED:

Sidney H. Stein

Sidney H. Stein, U.S.D.J.